781562
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
 Attorneys for Secured Creditor: JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

**Order Filed on September 1, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

| | |
|---|---|
| In Re: | Case No: 16-27028 |
| JAMES F. O'DONNELL A/K/A JAMES ODONNELL A/K/A JAMES F. ODONNELL<br>LYNETTE S. O'DONNELL A/K/A LYNETTE ODONNELL A/K/A LYNETTE S. ODONNELL A/K/A LYNETTE S. FRANCIS A/K/A LYNETTE S. SOLOMON A/K/A LYNETTE B. SMITH A/K/A LYNETTE SMITH BUFF A/K/A LYNETTE BUFF | Judge:  JERROLD N. POSLUSNY JR. |

### CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: September 1, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

781562
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

CASE NO. 16-27028

JAMES F. O'DONNELL A/K/A JAMES
ODONNELL A/K/A JAMES F.
ODONNELL
LYNETTE S. O'DONNELL A/K/A
LYNETTE ODONNELL A/K/A
LYNETTE S. ODONNELL A/K/A
LYNETTE S. FRANCIS A/K/A
LYNETTE S. SOLOMON A/K/A
LYNETTE B. SMITH A/K/A
LYNETTE SMITH BUFF A/K/A
LYNETTE BUFF

CHAPTER 13

CONSENT ORDER ALLOWING
LATE PROOF OF CLAIM

   This Consent Order pertains to the property located at 177 Jefferson Road, Elmer, NJ 08318, mortgage account ending with "8266";

   THIS MATTER having been brought before the Court by James P. Shay, Esq., attorney for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, having filed Secured Proof Of Claim on behalf of movants after Proof of Claim bar date and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

   IT IS on the                    day of                    , 2017, ORDERED as follows:

1. The Trustee is authorized to pay the late filed claim of Creditor, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, listed on the Claims Register as claim # 18, in the amount of $2,804.71;

2. Debtors agree to pay JPMORGAN CHASE BANK, NATIONAL ASSOCIATION Proof of Claim in the amount of $2,804.71 (Claim # 18) which was filed after Proof of Claim bar date.

3. The debtors' plan is hereby amended to allow $2,804.71 to be paid to JPMORGAN CHASE BANK, NATIONAL ASSOCIATION.

4. Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

5. This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

Phelan Hallinan Diamond & Jones, PC
Attorneys for Secured Creditor:
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

/s/ James P. Shay
James P. Shay, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 41326
Fax: 856-813-5501
Email: james.shay@phelanhallinan.com

                                Dated: February 2, 2017

/s/ Terry Tucker                          Dated: August 30, 2017
TERRY TUCKER, Esquire
Attorney for Debtors