781562
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for Secured Creditor: JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

**Order Filed on September 1, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

| In Re: | Case No: 16-27028 |
|---|---|
| JAMES F. O'DONNELL A/K/A JAMES ODONNELL A/K/A JAMES F. ODONNELL<br>LYNETTE S. O'DONNELL A/K/A LYNETTE ODONNELL A/K/A LYNETTE S. ODONNELL A/K/A LYNETTE S. FRANCIS A/K/A LYNETTE S. SOLOMON A/K/A LYNETTE B. SMITH A/K/A LYNETTE SMITH BUFF A/K/A LYNETTE BUFF | Judge: JERROLD N. POSLUSNY JR. |

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: September 1, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

781562
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

CASE NO. 16-27028

JAMES F. O'DONNELL A/K/A JAMES ODONNELL A/K/A JAMES F. ODONNELL
LYNETTE S. O'DONNELL A/K/A LYNETTE ODONNELL A/K/A LYNETTE S. ODONNELL A/K/A LYNETTE S. FRANCIS A/K/A LYNETTE S. SOLOMON A/K/A LYNETTE B. SMITH A/K/A LYNETTE SMITH BUFF A/K/A LYNETTE BUFF

CHAPTER 13

CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

This Consent Order pertains to the property located at 177 Jefferson Road, Elmer, NJ 08318, mortgage account ending with "8266";

THIS MATTER having been brought before the Court by James P. Shay, Esq., attorney for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, having filed Secured Proof Of Claim on behalf of movants after Proof of Claim bar date and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

IT IS on the            day of                 , 2017, ORDERED as follows:

1. The Trustee is authorized to pay the late filed claim of Creditor, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, listed on the Claims Register as claim # 18, in the amount of $2,804.71;

2. Debtors agree to pay JPMORGAN CHASE BANK, NATIONAL ASSOCIATION Proof of Claim in the amount of $2,804.71 (Claim # 18) which was filed after Proof of Claim bar date.

3. The debtors' plan is hereby amended to allow $2,804.71 to be paid to JPMORGAN CHASE BANK, NATIONAL ASSOCIATION.

4.  Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

5.  This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

Phelan Hallinan Diamond & Jones, PC
Attorneys for Secured Creditor:
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

/s/ James P. Shay
James P. Shay, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 41326
Fax: 856-813-5501
Email: james.shay@phelanhallinan.com

Dated: February 2, 2017

/s/ Terry Tucker                       Dated: August 30, 2017
TERRY TUCKER, Esquire
 Attorney for Debtors

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-27028-JNP
James F O'Donnell                                                     Chapter 13
Lynette S O'Donnell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Sep 01, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2017.
db/jdb         +James F O'Donnell,   Lynette S O'Donnell,   177 Jefferson Rd,   Elmer, NJ 08318-2751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2017 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          James Patrick Shay    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           james.shay@phelanhallinan.com
          Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Terry  Tucker    on behalf of Debtor James F O'Donnell terrytucker@comcast.net
          Terry  Tucker    on behalf of Joint Debtor Lynette S O'Donnell terrytucker@comcast.net
                                                                                             TOTAL: 8