UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**
Denise Carlon, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for the Secured Creditor
Toyota Motor Credit Corporation

In re:
James F. O'Donnell aka James F ODonnell
Lynette S. O'Donnell aka Lynette S ODonnell aka
Lynette S Francis aka Lynette S Solomon aka
Lynette B Smith aka Lynette Smith Buff aka Lynette
Buff

Debtor

Case No:

Chapter: 13

Hearing Date:

Judge: Jerrold N. Poslusny Jr.

Order Filed on February 8, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Recommended Local Form:  ☐ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the followi

**DATED: February 8, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of  Toyota Motor Credit Corporation, under
Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as
hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume
and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to
pursue the movant's rights in the following:

☐      Real Property More Fully Described as:

■      Personal Property More Fully Describes as:

**2016 TOYOTA SCION IM, VIN: JTNKARJE5GJ521266,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in
this case as defendants in its action(s) irrespective of any conversion to any other chapter of the
Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who
entered an appearance on the motion.