Form ntcfncurv – testntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 16–27028–JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James F O'Donnell<br>aka James F ODonnell<br>177 Jefferson Rd<br>Elmer, NJ 08318 | Lynette S O'Donnell<br>aka Lynette S Francis, aka Lynette S<br>ODonnell, aka Lynette S Solomon, aka<br>Lynette Buff, aka Lynette B Smith, aka<br>Lynette Smith Buff<br>177 Jefferson Rd<br>Elmer, NJ 08318 |

Social Security No.:
  xxx–xx–2893                             xxx–xx–1296

Employer's Tax I.D. No.:

**NOTICE OF RECEIPT OF RESPONSE TO**
**NOTICE OF FINAL CURE PAYMENT**

   TO: <u>James F O'Donnell and Lynette S O'Donnell</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: October 28, 2021
JAN: def

                                                          <u>Jeanne Naughton, Clerk</u>