Form clsnodsc – ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  16–27028–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James F O'Donnell | Lynette S O'Donnell |
| aka James F ODonnell | aka Lynette S Francis, aka Lynette S |
| 177 Jefferson Rd | ODonnell, aka Lynette S Solomon, aka |
| Elmer, NJ 08318 | Lynette Buff, aka Lynette B Smith, aka |
| | Lynette Smith Buff |
| | 177 Jefferson Rd |
| | Elmer, NJ 08318 |

Social Security No.:
  xxx–xx–2893                                  xxx–xx–1296
Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above–named case will be closed without entry of discharge on or after December 8, 2021 for the reason(s) indicated below.

☑   Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑   Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: November 8, 2021
JAN: eag

Jeanne Naughton
Clerk