Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−27028−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  James F O'Donnell
  aka James F ODonnell
  177 Jefferson Rd
  Elmer, NJ 08318

  Lynette S O'Donnell
  aka Lynette S Francis, aka Lynette S
  ODonnell, aka Lynette S Solomon, aka
  Lynette Buff, aka Lynette B Smith, aka
  Lynette Smith Buff
  177 Jefferson Rd
  Elmer, NJ 08318

Social Security No.:
  xxx−xx−2893                                    xxx−xx−1296

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐     An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐     An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: December 14, 2021
JAN: eag

        Jeanne Naughton
        Clerk

Case 16-27028-JNP    Doc 70    Filed 12/16/21    Entered 12/17/21 00:11:55    Desc Imaged
Certificate of Notice    Page 2 of 6

United States Bankruptcy Court
District of New Jersey

In re:                                                                                               Case No. 16-27028-JNP
James F O'Donnell                                                                                    Chapter 13
Lynette S O'Donnell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 4
Date Rcvd: Dec 14, 2021    Form ID: cscnodsc    Total Noticed: 69

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James F O'Donnell, Lynette S O'Donnell, 177 Jefferson Rd, Elmer, NJ 08318-2751 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 516376173 | + | ACI, 2420 Sweet Home Rd #150, Amherst, NY 14228-2244 |
| 516376176 | + | Barclay's Bank of Delaware, 125 S. West St., Wilmington, DE 19801-5014 |
| 516376184 | + | CESI, PO Box 2579, Columbia, MD 21045-1579 |
| 516376185 | + | Chase Mortgage, POB 47020, Doraville, GA 30362-0020 |
| 516376192 | + | First Bankcard, PO Box 3331, Omaha, NE 68103-0331 |
| 516376193 | + | First Premier Bank, PO Box 5529, Sioux falls, SD 57117-5529 |
| 516376194 | + | First Source Advantage, LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 516376197 | + | I.C. System Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 518628506 | + | MR. COOPER, P.O. BOX 619096, DALLAS, TX 75261-9096 |
| 518628507 | + | MR. COOPER, P.O. BOX 619096, DALLAS, TX 75261-9741, MR. COOPER, P.O. BOX 619096 DALLAS, TX 75261-9096 |
| 516376200 | + | Mid-Lantic Pain Specialists LLC, PO Box 267, Vineland, NJ 08362-0267 |
| 518651625 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, NATIONSTAR MORTGAGE LLC, D/B/A MR. COOPER, P.O. BOX 619096, DALLAS, TX 75261-9741 |
| 518676790 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, P.O. BOX 619096, DALLAS, TX 75261-9096 |
| 518676791 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, P.O. BOX 619096, DALLAS, TX 75261-9741, NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, P.O. BOX 619096 DALLAS, TX 75261-9096 |
| 516376202 | + | NJ Homekeeper, 637 S Clinton Ave, POB 18550, Trenton, NJ 08650-2085 |
| 516376201 | #+ | National Pen Co., LLC, 12121 Scripps Summit Drive Suite 200, San Diego, CA 92131-4609 |
| 516376203 | + | Northland Group, Inc., PO Box 390905, Minneapolis, MN 55439-0905 |
| 516376205 | + | Penn Jersey Pulmonary, 52 W Red Bank Ave #26, Woodbury, NJ 08096-1695 |
| 516376206 | + | Plastic & Cosmetic Surgery Group NJ, 1007 Mantua Pike, Suite B, Woodbury, NJ 08096-3963 |
| 516376210 | + | TD Bank, PO Box 16027, Lewiston, ME 04243-9513 |
| 516376211 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit, 19011 S Western Ave, Torrence, CA 90501 |
| 516512830 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519131807 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516376213 | + | Upper Deerfield Dental, 233 Laurel Heights Dr., Bridgeton, Nj 08302-3635 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Dec 14 2021 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

Case 16-27028-JNP    Doc 70    Filed 12/16/21    Entered 12/17/21 00:11:55    Desc Imaged
                               Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 14, 2021 | Form ID: cscnodsc | Total Noticed: 69 |

| Recip ID | | Notice Type | Date | Recipient |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 14 2021 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516376174 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Dec 14 2021 20:34:00 | Alliance One Receivables Management Inc., PO Box 3111, Southeastern, PA 19398-3111 |
| 516376175 | + | Email/Text: bankruptcy@pepcoholdings.com | Dec 14 2021 20:34:00 | Atlantic City Electric, POB 13610, Phila, pa 19101-3610 |
| 516388367 | + | Email/Text: bankruptcy@pepcoholdings.com | Dec 14 2021 20:34:00 | Atlantic City Electric Company, Bankruptcy Division, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 516376176 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 14 2021 20:34:00 | Barclay's Bank of Delaware, 125 S. West St., Wilmington, DE 19801-5014 |
| 516376177 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2021 20:52:42 | Best Buy Credit Services, PO Box 9001007, Louisville, KY 40290-1007 |
| 516376178 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 14 2021 20:34:00 | Brylan Homes, PO Box 659728, San Antonio, TX 78265-9728 |
| 516376179 | + | Email/Text: notices@burt-law.com | Dec 14 2021 20:34:00 | Burton Neil & Assoc. P.C., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5600 |
| 516432072 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 14 2021 20:52:25 | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 516376186 | + | Email/Text: Webcollex@ebn.phinsolutions.com | Dec 14 2021 20:34:00 | CKS Financial, PO Box 2856, Chesapeke, VA 23327-2856 |
| 516376180 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2021 20:52:32 | Cabela, 4800 NW 1st Street Suite 300, Lincoln, NE 68521-4463 |
| 516376181 | + | Email/Text: cms-bk@cms-collect.com | Dec 14 2021 20:34:00 | Capital Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 516376182 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2021 20:52:39 | Capital One Bank (USA), PO Box 71083, Charlotte, NC 28272-1083 |
| 518181190 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 14 2021 20:52:28 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118, Capital One Bank (USA) N.A Cabelas Club, By American Infosource as agent 73118-7901 |
| 518181189 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 14 2021 20:52:33 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 516376183 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2021 20:52:31 | Capital One Bank (USA) NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 516410768 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2021 20:52:39 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516376187 | + | Email/Text: mediamanagers@clientservices.com | Dec 14 2021 20:34:00 | Client Services Inc., 3451 Harry S. Truman Blvd., St. Charles, MO 63301-9816 |
| 516572491 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 14 2021 20:34:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 516376189 | + | Email/Text: bknotice@ercbpo.com | Dec 14 2021 20:34:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 516376191 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 14 2021 20:34:00 | Fingerhut Advantage, PO Box 166, Newark, NJ 07101-0166 |
| 516376193 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 14 2021 20:52:39 | First Premier Bank, PO Box 5529, Sioux falls, SD 57117-5529 |
| 516376194 | + | Email/Text: crdept@na.firstsource.com | Dec 14 2021 20:34:00 | First Source Advantage, LLC, PO Box 628, Buffalo, NY 14240-0628 |

Case 16-27028-JNP    Doc 70    Filed 12/16/21    Entered 12/17/21 00:11:55    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 14, 2021 | Form ID: cscnodsc | Total Noticed: 69 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 516376196 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2021 20:52:31 | HH Gregg, PO Box 965036, Orlando, FL 32896-5036 |
| 516376197 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 14 2021 20:34:00 | I.C. System Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 516567260 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 14 2021 20:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 516616177 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 14 2021 20:52:31 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 516376198 | + | Email/Text: ebn@ltdfin.com | Dec 14 2021 20:34:00 | LTD Financial Services, 7322 Southwest Freeway Suite 1600, Houston, TX 77074-2134 |
| 516510314 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 14 2021 20:34:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516376199 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 14 2021 20:34:00 | Midland Credit Management, Inc., PO Box 60578, Los Angeles, CA 90060-0578 |
| 516578839 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 14 2021 20:52:40 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 516376207 | | Email/Text: signed.order@pfwattorneys.com | Dec 14 2021 20:34:00 | Pressler and Pressler, 7 Entin Rd, Parsippany, NJ 07054 |
| 516376204 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2021 20:52:23 | Pay Pal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 516560478 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 14 2021 20:34:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 516484824 | | Email/Text: bnc-quantum@quantum3group.com | Dec 14 2021 20:34:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516401917 | | Email/Text: bnc-quantum@quantum3group.com | Dec 14 2021 20:34:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516376208 | + | Email/Text: bk@rgsfinancial.com | Dec 14 2021 20:34:00 | RGS Financial, POB 852039, Richardson, TX 75085-2039 |
| 518056184 | + | Email/Text: bncmail@w-legal.com | Dec 14 2021 20:34:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 518056183 | + | Email/Text: bncmail@w-legal.com | Dec 14 2021 20:34:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 516376209 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2021 20:52:23 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 516376211 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 14 2021 20:34:00 | Toyota Motor Credit, 19011 S Western Ave, Torrence, CA 90501 |
| 516376212 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2021 20:52:23 | Toys R Us, PO Box 965001, Orlando, FL 32896-5001 |
| 516376214 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 14 2021 20:34:00 | Verizon, POB 4830, Trenton, NJ 08650-4830 |
| 516376215 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2021 20:52:39 | Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 516376216 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 14 2021 20:34:00 | Woman Within, PO Box 659728, San Antonio, TX 78265-9728 |
| 516573583 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2021 20:52:39 | World's Foremost Bank-Cabela's Club Visa, PO Box 82609, Lincoln, NE 68501-2609 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518651626 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, NATIONSTAR MORTGAGE LLC, D/B/A MR. COOPER, P.O. BOX 619096, DALLAS, TX 75261-9741, NATIONSTAR MORTGAGE LLC, D/B/A MR. COOPER |
| 518056187 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 518056186 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 516376188 | ##+ | Encore Receivable Management, 400 N. Rogers Rd., Olathe, KS 66062-1212 |
| 516376190 | ##+ | Express Scripts, PO Box 790227, St. Louis, MO 63179-0227 |
| 516376195 | ##+ | Fresh View Solutions, PO Box 172285, Denver, CO 80217-2285 |

TOTAL: 0 Undeliverable, 3 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 16, 2021   Signature:   /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| James Patrick Shay | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION shay@bbs-law.com, jpshay@gmail.com |
| Raymond Shockley, Jr | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Terry Tucker | on behalf of Debtor James F O'Donnell terrytucker@comcast.net |
| Terry Tucker | on behalf of Joint Debtor Lynette S O'Donnell terrytucker@comcast.net |

TOTAL: 8