UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: James F O'Donnell
Lynette O'Donnell

Case No.: 16-27028/JNP

Chapter: _____

Judge: _____

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, __James O'Donnell__, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __12/17/21__                    X __[signature]__
                                         Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a **completed** Certification in Support of Discharge.

*rev.8/1/18*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: James F O'Donnell

Lynette O'Donnell

Case No.: 16-27028/JNP

Chapter: _____

Judge: _____

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Lynnette O'Donnell, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. [X] I am not required to pay domestic support obligations.

   [ ] I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 12/17/21

Debtor's Signature: Lynette O'Donnell

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.

*rev.8/1/18*