UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on January 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.: _____

Hearing Date: _____

Judge: _____

Chapter: _____

Recommended Local Form:    ❒   Followed    ❒   Modified

## ORDER REOPENING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 18, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of _____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❏ A Trustee shall be appointed.

   ❏ A Trustee shall not be appointed.

3. ❏ The case shall be immediately reclosed.

   ❏ The case shall be closed within _____ days.

   ❏ The case shall be reviewed within _____ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev. 6/1/06. jml*