| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Terry Tucker  TT8409 <br> 80 W Broad St <br> Bridgeton, NJ 08302 <br> 856-453-7440 <br> On Behalf of Debtor | |

Order Filed on January 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 16-27028/JNP |
|---|---|---|
| James and Lynnette O'Donnell | Hearing Date: | |
| | Judge: | |
| | Chapter: | |

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is hereby **ORDERED**.

DATED: January 18, 2022

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of _____Terry Tucker, for Debtors_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❑ A Trustee shall be appointed.

   ☑ A Trustee shall not be appointed.

3. ☑ The case shall be immediately reclosed.

   ❑ The case shall be closed within _____ days.

   ❑ The case shall be reviewed within _____ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev. 6/1/06. jml*

2

United States Bankruptcy Court

District of New Jersey

In re:  
James F O'Donnell  
Lynette S O'Donnell  
    Debtors

Case No. 16-27028-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Jan 18, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2022:**

Recip ID     Recipient Name and Address  
db/jdb     + James F O'Donnell, Lynette S O'Donnell, 177 Jefferson Rd, Elmer, NJ 08318-2751

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2022     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2022 at the address(es) listed below:

**Name**     **Email Address**

Denise E. Carlon  
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Elizabeth L. Wassall  
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com

Isabel C. Balboa  
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa  
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

James Patrick Shay  
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION shay@bbs-law.com, jpshay@gmail.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 18, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Raymond Shockley, Jr
    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Terry Tucker
    on behalf of Debtor James F O'Donnell terrytucker@comcast.net

Terry Tucker
    on behalf of Joint Debtor Lynette S O'Donnell terrytucker@comcast.net

TOTAL: 8