**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **James F O'Donnell** | Social Security number or ITIN   xxx–xx–2893 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | **Lynette S O'Donnell** | Social Security number or ITIN   xxx–xx–1296 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |

United States Bankruptcy Court   District of New Jersey

Case number:   **16–27028–JNP**

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James F O'Donnell
aka James F ODonnell

Lynette S O'Donnell
aka Lynette S Francis, aka Lynette S ODonnell,
aka Lynette S Solomon, aka Lynette Buff, aka
Lynette B Smith, aka Lynette Smith Buff

1/19/22

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 16-27028-JNP |
|---|---|
| James F O'Donnell | Chapter 13 |
| Lynette S O'Donnell | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jan 19, 2022 | Form ID: 3180W | Total Noticed: 70 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2022:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James F O'Donnell, Lynette S O'Donnell, 177 Jefferson Rd, Elmer, NJ 08318-2751 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 516376173 | + | ACI, 2420 Sweet Home Rd #150, Amherst, NY 14228-2244 |
| 516376184 | + | CESI, PO Box 2579, Columbia, MD 21045-1579 |
| 516376185 | + | Chase Mortgage, POB 47020, Doraville, GA 30362-0020 |
| 516376192 | + | First Bankcard, PO Box 3331, Omaha, NE 68103-0331 |
| 516376195 | + | Fresh View Solutions, PO Box 172285, Denver, CO 80217-2285 |
| 518628506 | + | MR. COOPER, P.O. BOX 619096, DALLAS, TX 75261-9096 |
| 518628507 | + | MR. COOPER, P.O. BOX 619096, DALLAS, TX 75261-9741, MR. COOPER, P.O. BOX 619096 DALLAS, TX 75261-9096 |
| 516376200 | + | Mid-Lantic Pain Specialists LLC, PO Box 267, Vineland, NJ 08362-0267 |
| 518651625 | ++ | NATIONSTAR MORTGAGE LLC, P.O. BOX 619096, DALLAS TX 75261-9096 address filed with court:, NATIONSTAR MORTGAGE LLC, D/B/A MR. COOPER, P.O. BOX 619096, DALLAS, TX 75261-9741 |
| 518676790 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, P.O. BOX 619096, DALLAS, TX 75261-9096 |
| 518676791 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, P.O. BOX 619096, DALLAS, TX 75261-9741, NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, P.O. BOX 619096 DALLAS, TX 75261-9096 |
| 516376202 | + | NJ Homekeeper, 637 S Clinton Ave, POB 18550, Trenton, NJ 08650-2085 |
| 516376201 | #+ | National Pen Co., LLC, 12121 Scripps Summit Drive Suite 200, San Diego, CA 92131-4609 |
| 516376203 | + | Northland Group, Inc., PO Box 390905, Minneapolis, MN 55439-0905 |
| 516376205 | + | Penn Jersey Pulmonary, 52 W Red Bank Ave #26, Woodbury, NJ 08096-1695 |
| 516376206 | + | Plastic & Cosmetic Surgery Group NJ, 1007 Mantua Pike, Suite B, Woodbury, NJ 08096-3963 |
| 516376210 | + | TD Bank, PO Box 16027, Lewiston, ME 04243-9513 |
| 516512830 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516376213 | + | Upper Deerfield Dental, 233 Laurel Heights Dr., Bridgeton, Nj 08302-3635 |

TOTAL: 22

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 19 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 19 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516376174 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Jan 19 2022 20:38:00 | Alliance One Receivables Management Inc., PO Box 3111, Southeastern, PA 19398-3111 |

| 516376175 | + Email/Text: bankruptcy@pepcoholdings.com | | |
| | | Jan 19 2022 20:38:00 | Atlantic City Electric, POB 13610, Phila, pa 19101-3610 |
| 516388367 | + Email/Text: bankruptcy@pepcoholdings.com | | |
| | | Jan 19 2022 20:38:00 | Atlantic City Electric Company, Bankruptcy Division, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 516376176 | + EDI: TSYS2 | | |
| | | Jan 20 2022 01:33:00 | Barclay's Bank of Delaware, 125 S. West St., Wilmington, DE 19801-5014 |
| 516376177 | + EDI: CITICORP.COM | | |
| | | Jan 20 2022 01:33:00 | Best Buy Credit Services, PO Box 9001007, Louisville, KY 40290-1007 |
| 516376178 | + EDI: WFNNB.COM | | |
| | | Jan 20 2022 01:33:00 | Brylan Homes, PO Box 659728, San Antonio, TX 78265-9728 |
| 516376179 | + Email/Text: notices@burt-law.com | | |
| | | Jan 19 2022 20:38:00 | Burton Neil & Assoc. P.C., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5600 |
| 516432072 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jan 19 2022 20:52:50 | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 516376186 | + EDI: CKSFINANCIAL.COM | | |
| | | Jan 20 2022 01:33:00 | CKS Financial, PO Box 2856, Chesapeke, VA 23327-2856 |
| 516376180 | + EDI: CAPITALONE.COM | | |
| | | Jan 20 2022 01:33:00 | Cabela, 4800 NW 1st Street Suite 300, Lincoln, NE 68521-4463 |
| 516376181 | + Email/Text: cms-bk@cms-collect.com | | |
| | | Jan 19 2022 20:38:00 | Capital Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 516376182 | + EDI: CAPITALONE.COM | | |
| | | Jan 20 2022 01:33:00 | Capital One Bank (USA), PO Box 71083, Charlotte, NC 28272-1083 |
| 518181190 | + EDI: AIS.COM | | |
| | | Jan 20 2022 01:33:00 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118, Capital Bank (USA) N.A Cabelas Club, By American Infosource as agent 73118-7901 |
| 518181189 | + EDI: AIS.COM | | |
| | | Jan 20 2022 01:33:00 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 516376183 | + EDI: CAPITALONE.COM | | |
| | | Jan 20 2022 01:33:00 | Capital One Bank (USA) NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 516410768 | EDI: CAPITALONE.COM | | |
| | | Jan 20 2022 01:33:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516376187 | + Email/Text: mediamanagers@clientservices.com | | |
| | | Jan 19 2022 20:38:00 | Client Services Inc., 3451 Harry S. Truman Blvd., St. Charles, MO 63301-9816 |
| 516572491 | + EDI: WFNNB.COM | | |
| | | Jan 20 2022 01:33:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 516376189 | + Email/Text: bknotice@ercbpo.com | | |
| | | Jan 19 2022 20:38:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 516376191 | + EDI: BLUESTEM | | |
| | | Jan 20 2022 01:33:00 | Fingerhut Advantage, PO Box 166, Newark, NJ 07101-0166 |
| 516376193 | + EDI: AMINFOFP.COM | | |
| | | Jan 20 2022 01:33:00 | First Premier Bank, PO Box 5529, Sioux falls, SD 57117-5529 |
| 516376194 | + EDI: FSAE.COM | | |
| | | Jan 20 2022 01:33:00 | First Source Advantage, LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 516376196 | + EDI: RMSC.COM | | |
| | | Jan 20 2022 01:33:00 | HH Gregg, PO Box 965036, Orlando, FL 32896-5036 |
| 516376197 | + EDI: IIC9.COM | | |
| | | Jan 20 2022 01:33:00 | I.C. System Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 516567260 | EDI: JEFFERSONCAP.COM | | |

| | | Jan 20 2022 01:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
|---|---|---|---|
| 516616177 | EDI: JPMORGANCHASE | | |
| | | Jan 20 2022 01:33:00 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 516376198 | + EDI: LTDFINANCIAL.COM | | |
| | | Jan 20 2022 01:33:00 | LTD Financial Services, 7322 Southwest Freeway Suite 1600, Houston, TX 77074-2134 |
| 516510314 | + EDI: MID8.COM | | |
| | | Jan 20 2022 01:33:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516376199 | + EDI: MID8.COM | | |
| | | Jan 20 2022 01:33:00 | Midland Credit Management, Inc., PO Box 60578, Los Angeles, CA 90060-0578 |
| 516578839 | EDI: PRA.COM | | |
| | | Jan 20 2022 01:33:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 516376207 | Email/Text: signed.order@pfwattorneys.com | | |
| | | Jan 19 2022 20:38:00 | Pressler and Pressler, 7 Entin Rd, Parsippany, NJ 07054 |
| 516376204 | + EDI: RMSC.COM | | |
| | | Jan 20 2022 01:33:00 | Pay Pal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 516560478 | + EDI: JEFFERSONCAP.COM | | |
| | | Jan 20 2022 01:33:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 516484824 | EDI: Q3G.COM | | |
| | | Jan 20 2022 01:33:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516401917 | EDI: Q3G.COM | | |
| | | Jan 20 2022 01:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516376208 | + Email/Text: bk@rgsfinancial.com | | |
| | | Jan 19 2022 20:38:00 | RGS Financial, POB 852039, Richardson, TX 75085-2039 |
| 518056184 | + Email/Text: bncmail@w-legal.com | | |
| | | Jan 19 2022 20:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 518056183 | + Email/Text: bncmail@w-legal.com | | |
| | | Jan 19 2022 20:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 516376209 | + EDI: RMSC.COM | | |
| | | Jan 20 2022 01:33:00 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 516376211 | EDI: TFSR.COM | | |
| | | Jan 20 2022 01:33:00 | Toyota Motor Credit, 19011 S Western Ave, Torrence, CA 90501 |
| 516512830 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | Jan 19 2022 20:38:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519131807 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Jan 19 2022 20:41:32 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516376212 | + EDI: RMSC.COM | | |
| | | Jan 20 2022 01:33:00 | Toys R Us, PO Box 965001, Orlando, FL 32896-5001 |
| 516376214 | + EDI: VERIZONCOMB.COM | | |
| | | Jan 20 2022 01:33:00 | Verizon, POB 4830, Trenton, NJ 08650-4830 |
| 516376215 | + EDI: RMSC.COM | | |
| | | Jan 20 2022 01:33:00 | Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 516376216 | + EDI: WFNNB.COM | | |
| | | Jan 20 2022 01:33:00 | Woman Within, PO Box 659728, San Antonio, TX 78265-9728 |
| 516573583 | + EDI: CAPITALONE.COM | | |
| | | Jan 20 2022 01:33:00 | World's Foremost Bank-Cabela's Club Visa, PO Box 82609, Lincoln, NE 68501-2609 |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 19, 2022 | Form ID: 3180W | Total Noticed: 70 |
| TOTAL: 49 | | |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518651626 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, NATIONSTAR MORTGAGE LLC, D/B/A MR. COOPER, P.O. BOX 619096, DALLAS, TX 75261-9741, NATIONSTAR MORTGAGE LLC, D/B/A MR. COOPER |
| 518056187 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 518056186 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 516376188 | ##+ | Encore Receivable Management, 400 N. Rogers Rd., Olathe, KS 66062-1212 |
| 516376190 | ##+ | Express Scripts, PO Box 790227, St. Louis, MO 63179-0227 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2022          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| James Patrick Shay | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION shay@bbs-law.com, jpshay@gmail.com |
| Raymond Shockley, Jr | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Terry Tucker | on behalf of Debtor James F O'Donnell terrytucker@comcast.net |
| Terry Tucker | on behalf of Joint Debtor Lynette S O'Donnell terrytucker@comcast.net |

TOTAL: 8